# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creatura, John R. | District Court - Western District of Washington | 06/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - (FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
1717 Pacific Ave.
Tacoma, WA 98402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager ▓ corporation) | JJC & LMC, L.L.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP retirement payments |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP | $21,204.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Erica Lauren Farrell - baby sitting wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 06/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbia Bank Accounts | D | Interest | K | T | | | | | |
| 2. Morgan Stanley Accounts | D | Interest | M | T | | | | | |
| 3. Alger Small Cap Growth Inst | D | Int./Div. | K | T | | | | | |
| 4. American AmCAP A Common | A | Int./Div. | L | T | | | | | |
| 5. American Europacific Grw A. Mutual fund | C | Int./Div. | N | T | Buy (add'l) | 07/17/13 | J | | |
| 6. American Europacific Grw F. Mutual Fund | C | Int./Div. | | | Sold | 11/20/13 | J | A | |
| 7. American GR Fd of America Mutual Fund | E | Dividend | N | T | Sold (part) | 11/20/13 | J | A | |
| 8. American Smallcap World A | A | Dividend | J | T | | | | | |
| 9. American Wa Mutual A Common | C | Int./Div. | L | T | | | | | |
| 10. Blackrock Equity Dividend A Common | D | Int./Div. | N | T | Sold (part) | 11/20/13 | J | A | |
| 11. Blackrock Inflat Prot Bond A | B | Dividend | | | Sold | 11/12/13 | N | A | |
| 12. Calamos Market Neutral Inc A | B | Int./Div. | K | T | | | | | |
| 13. Delaware Small Cap Value A Mutual Fund | A | Int./Div. | J | T | | | | | |
| 14. DWS Dreman Small Cap Val A Mutual Fund | D | Int./Div. | J | T | | | | | |
| 15. DWS RREEF Real Estate Sec A Common | C | Int./Div. | L | T | | | | | |
| 16. Fidelity Adv LVGD Company Stk A Common | A | Dividend | M | T | | | | | |
| 17. Fidelity Adv New Insights A | A | Int./Div. | | | Sold | 11/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gabelli Eq Inc. AAA Mutual Fund | D | Dividend | M | T | Sold (part) | 11/20/13 | J | A | |
| 19. ING Global Real Estate A (IGLAX) | A | Int./Div. | | | Sold | 11/20/13 | J | A | |
| 20. Invesco Premier Tx Exempt Inst (PEIXX) | A | Dividend | J | T | | | | | |
| 21. Ishares TR NYSE Composite FD Common | B | Dividend | K | T | | | | | |
| 22. JP MORGAN HIBRG STAT MKT NEU A Mutual fund | A | Int./Div. | | | Sold | 11/20/13 | J | A | |
| 23. JP Morgan Mid Cap Value A Common | C | Dividend | K | T | | | | | |
| 24. Lazard Emerging Markets Open Common | B | Int./Div. | K | T | | | | | |
| 25. Madison FDS MDCP Cl Y | B | Int./Div. | K | T | | | | | |
| 26. MS European Equity Fund B Common | A | Dividend | J | T | | | | | |
| 27. MSIF Growth A | C | Int./Div. | K | T | Buy | 11/20/13 | K | | |
| 28. Munder Mid Cap Core Growth A Mutual fund | A | Int./Div. | K | T | | | | | |
| 29. Pimco Low Duration FD A Mutual Fund | B | Int./Div. | L | T | | | | | |
| 30. Pimco Total Return A Mutual Fund | D | Int./Div. | M | T | | | | | |
| 31. Pimco Real Return Fund A Common | A | Dividend | | | Sold | 11/12/13 | K | A | |
| 32. Putnam Growth &Income A | A | Dividend | L | T | | | | | |
| 33. Royce 100 service Mutual Fund | C | Int./Div. | J | T | | | | | |
| 34. RS Partners A Common | D | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price Group, Inc. Common | A | Dividend | K | T | | | | | |
| 36. Templeton Glogal Bd FD A Mutual fund | D | Dividend | K | T | | | | | |
| 37. Thornburg Inv Inc Builder A Mutual fund | B | Dividend | N | T | Buy (add'l) | 11/12/13 | M | | |
| 38. Virtus Mult-Sector S/T Bd A Common | B | Dividend | N | T | | | | | |
| 39. Mediamax, Inc. Common stock | | None | J | W | | | | | |
| 40. Sandra Claggett, personal loan - note receivable | | None | | | Matured | 08/01/13 | K | A | |
| 41. Trust #1 Exemption Eq. Trust | A | Int./Div. | K | T | | | | | |
| 42. Invesco Equal Wghtd S&P 500 Mutual Fund | C | Int./Div. | M | T | | | | | |
| 43. Invesco Equity and Income A | B | Int./Div. | M | T | | | | | |
| 44. Invesco Global Healthcare A Mutual Fund | D | Int./Div. | L | T | | | | | |
| 45. Invesco VK Technology A Mutual Fund | A | Int./Div. | J | T | | | | | |
| 46. MS Focus Growth FD A Mutual Fund | A | Int./Div. | | | Sold | 11/12/13 | J | A | |
| 47. -Morgan Stanley Dean Witter account | A | Int./Div. | L | T | | | | | |
| 48. - MS Invesco Balanced Fund A | | None | | | Sold | 06/05/13 | J | A | |
| 49. - MS Capital Opportunites TR A | | None | | | Sold | 06/05/13 | J | A | |
| 50. - MS Multi Cap Growth TR A | A | Int./Div. | K | T | | | | | |
| 51. Trust 3 - BMW Bank of N. Amer. Salt Lake City CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JJC & LMC, LLP | E | Int./Div. | N | W | | | | | |
| 53. -First California Bank Accounts | A | Interest | | | Closed | 06/05/13 | J | A | |
| 54. -AMERICAN EUROPACIFIC GRW F | C | Int./Div. | | | Sold | 11/20/13 | J | A | |
| 55. -BANK DEPOSIT PROGRAM \| MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 56. -BLACKROCK US OPPORTUNITIES SVC | B | Int./Div. | J | T | | | | | |
| 57. First Eagle Overseas A | D | Int./Div. | M | T | Buy (add'l) | 07/17/13 | J | | |
| 58. -GABELLI EQ INC AAA | D | Int./Div. | M | T | Sold (part) | 11/20/13 | J | A | |
| 59. -Invesco Global Healthcare A | D | Int./Div. | L | T | | | | | |
| 60. -JP MORGAN HIBRG STAT MKT NEU A | A | Int./Div. | | | Sold | 06/05/13 | J | A | |
| 61. -LAZARD EMERGING MARKETS OPEN | A | Int./Div. | K | T | | | | | |
| 62. -METROPOLITAN WST TOT RET BD M | A | Int./Div. | | | Sold | 06/05/13 | J | A | |
| 63. -PRUDENTIAL SHT TRM CORP BD A | A | Dividend | J | T | | | | | |
| 64. -ROYCE PREMIER SERVICE | C | Int./Div. | J | T | | | | | |
| 65. -TEMPLETON GLOBAL BD FD A | A | Int./Div. | K | T | | | | | |
| 66. -THORNBURG INTL VALUE A | A | Dividend | L | T | | | | | |
| 67. Estate ▓▓▓▓ - Community Bank | | None | | | Closed | 06/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 06/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 37 - I had previously referred to this incorrectly as Thornburg Intl Value A (duplicate). The correct name is Thornburg Inv. Inc. Builder A.

Items 41-68 of Part VII - include a variety of "income" sources for a marital deduction trust,        estate and a     corporation -- These entities have received income from a variety of sources, including interest, dividends, rent and other distributions. Because I am aggragating the income for each of these entities, I have not seperately identified the source of income for each asset. I am happy to provide this information, if that is necessary.

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 06/18/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John R. Creatura**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544